Form amnddef(amnddefntc)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Jessica Hollgarth
*Debtor*

*Case No.:* 22–70397

*Chapter:* 7

## Amendment Deficiency Notice

## Notice is hereby provided:

☐ The filed on does not meet the required format. File a Revised Amendment on or before 8/15/22 which lists <u>only</u> information being added or changed. The Revised Amendment must include proof of service (POS), the applicable declaration form (Official Form 106Dec or 202), and 106Sum (for individual debtors only).

☐ The filed on does not include the required declaration form (Official Form 106Dec or 202). File the required declaration on or before 8/15/22 . Use the event Bankruptcy>Miscellaneous Events>Declaration About Individual Debtor's Schedules or Bankruptcy>Miscellaneous Events>Declaration Under Penalty of Perjury.

☐ The filed on does not include Official Form 106Sum. File the required form on or before 8/15/22 . Use the event, Bankruptcy>Miscellaneous Events>Summary of Assets and Liabilities.

☐ The filed on does not include a Proof of Service (POS). File a POS on or before 8/15/22 . The POS must indicate that the amendment was served on the creditor or party in interest listed on the amended schedules or lists. The POS must state what is being served, the date of service and the name and address of each party served, and the method of service. Use the event, Bankruptcy>Miscellaneous Events>Certificate of Service.

☐ The filed on is not on the most current official form. No action will be taken on this document.

☐ The Amended Matrix filed on does not meet the required format. File a Revised Amendment on or before 8/15/22 which lists <u>only</u> names and addresses of the additional parties. Go to www.ilcb.uscourts.gov for additional matrix formatting requirements.

☑ Other:

The Amended Schedule C (Doc #8) filed on 08/01/2022 does not include a Proof of Service. Service must be made on all creditors. File a POS on or before 8/15/22 . The POS must state what is being served, the date of service and the name and address of each party served, and the method of service. Use the event, Bankruptcy>Miscellaneous Events>Certificate of Service.

**The Court will not process deficient amendments and may enter an order striking the amendment if the deficiency is not cured by the stated deadline.**

**If directed to file a "Revised Amendment", you must use the event Bankruptcy>Miscellaneous Events>Revised Amendment. Failure to use this event may result in additional filing fees which will not be refunded.**

*Dated:* 8/1/22

　　/S/　Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.