IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

In Re: )
)
JESSICA HOLLGARTH, ) Case No. 22-70397
) Chapter 7
Debtor. )

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, a copy of the Amended Forms 106 & 107, Amended Schedules A/B, C, and Amended Declaration about an Individual Debtor's Schedules was served by regular United States mail to all interested parties listed below.

See Attached Matrix

And served electronically on:
U.S. Trustee
Jeffrey D Richardson, Chapter 7 Trustee


/s/ John L. GreenLeaf
John L. GreenLeaf


GREENLEAF LAW OFFICE, LTD.
JOHN L. GREENLEAF, JR.
Counselor at Law
2456 North Main
Decatur, IL 62526
E-mail: GreenLeafLaw@comcast.net
Telephone: (217) 422-2771

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0753-3<br>Case 22-70397<br>Central District of Illinois<br>Springfield<br>Tue Aug 2 10:43:56 CDT 2022 | Springfield<br>226 US Courthouse<br>600 E Monroe Street<br>Springfield, IL 62701-1626 | Ameren<br>2655 N. Martin Luther King Jr. Drive<br>Decatur, IL 62526-2473 |
| Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Decatur Earthmover Credit Union<br>2600 E Dividend<br>Decatur, IL 62526-2100 | Kirby Medical Center<br>1000 Medical Center Drive<br>Monticello, IL 61856-2116 |
| Kohl's/Capital One<br>POB 3043<br>Milwaukee, WI 53201-3043 | Lyle W. Campbell and Son<br>440 N Monroe St,<br>Decatur, IL 62522-2218 | MCCI<br>306 W Eldorado St<br>Decatur, IL 62522-2110 |
| Pathology Associates<br>PO BOX 5955<br>Carol Stream, IL 60197-5955 | Tawni M. Puckett Scott<br>9262 Dunbar Rd<br>Argenta, IL 62501-8083 | The Bureaus Inc<br>attn Bankruptcy 650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 |
| U.S. Trustee<br>Office Of Nancy J. Gargula U.S. Trustee<br>401 Main St #1100<br>Peoria, IL 61602-1241 | Wells Fargo/Slumberland<br>attn: Bankruptcy POB 10438<br>Des Moines, IA 50306 | aargon Collection agency<br>attn Bankruptcy<br>8668 Spring Mountain Road<br>Las Vegas, NV 89117-4132 |
| Jeffrey D Richardson<br>132 S Water St, Suite 444<br>Decatur, IL 62523-1094 | Jessica Hollgarth<br>235 E Prairie Street<br>Argenta, IL 62501-6001 | John L GreenLeaf Jr<br>GreenLeaf Law Office, Ltd.<br>2456 North Main Street<br>Decatur, IL 62526-4377 |

End of Label Matrix
Mailable recipients 17
Bypassed recipients 0
Total 17